MICHAEL J. HEYMAN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL DONALD BOYER,<br><br>Defendant. | Case No. 3:12-cr-00071-RRB-KFR |

**STATUS REPORT**

The United States of America, through Assistant United States Attorney Stephan A. Collins, hereby files this status report in the above captioned case. The petition to revoke in this matter remains in place. The defendant's whereabouts are unknown, and he continues to fail to report where he is. The USPO requests that the arrest warrant remain active.

//

RESPECTFULLY SUBMITTED March 16, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s Stephan A. Collins
STEPHAN A. COLLINS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Stephan A. Collins